IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| EZZARD C. HUNT, ) | No.: 1:01CV00189 |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| UNITED SERVICES OF ATLANTA, ) | |
| ) | |
| Garnishee. ) | |

**ORDER TO QUASH CONSENT ORDER IN GARNISHMENT**

Having considered Plaintiff's Motion to Quash the Consent Order in Garnishment filed herein on April 19, 2007, and for good cause shown, the Court hereby grants said Motion and ORDERS that the Consent Order in Garnishment be quashed, thereby terminating this garnishment, pursuant to 28 U.S.C. § 3205 (c)(10)(A). A copy of this order will be provided to all parties.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 20, 2007